**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (BLS) |
| | (Jointly Administered) |
| Debtors. | |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*, | Adversary Proceeding Case No. 20-50692 (BLS) |
| Plaintiff, | |
| vs. | |
| YANG MING (AMERICA) CORPORATION, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Heritage Home Group, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and Yang Ming (America) Corporation (the "Defendant" together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.     The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead in response to the *Complaint for Avoidance and Recovery of Preferential*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

*Transfers Pursuant to 11 U.S.C. Sections 547 & 550* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including September 3, 2020.

2.	Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved. Additionally, the Parties reserve their rights to seek further extensions from the Court.

Dated: July 30, 2020         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
Steven W. Golden (TX Bar No. 24099681)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Phone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       acaine@pszjlaw.com
       pkeane@pszjlaw.com
       sgolden@pszjlaw.com

*Counsel to Plaintiff, Alfred T. Giuliano, chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.*

-and-

Dated: July 30, 2020         **PRICE MEESE SHULMAN & D'ARMINO P.C.**

*/s/ Rick A. Steinberg*
Rick A. Steinberg, Esq. (NJ Bar No 031711989)
50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE, NJ 07677
Phone: 201-391-3737
Email: RSteinberg@pricemeese.com

*Counsel for Defendant*